**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 20-09467 AB (ASx) | Date: | May 10, 2024 |
|---|---|---|---|

| Title: | *Darrell E. Costa et al v. Roman Melikov et al.* |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **[In Chambers] ORDER DISMISSING DEFENDANT MELIKOVA ADVISORY SERVICES, LLC and CLOSING CASE**

On April 4, 2024, the Court issued an Order setting April 26, 2024, as Plaintiffs' deadline to move for default judgment against the sole remaining defendant, Melikova Advisory Services, LLC. *See* Order (Dkt. No. 144). The Order stated that "[i]f a motion for default judgment is not filed by that date, Melikova Advisory Services, LLC will be dismissed and the case will be closed."

As of May 9, 2024, Plaintiffs have not filed a Motion for Default Judgment against Melikova Advisory Services, LLC. Therefore, Defendant Melikova Advisory Services, LLC is **DISMISSED** for Plaintiffs' failure to prosecute and failure to comply with the Court's Order, and the case is **CLOSED**.

This Order constitutes a final judgment.

**SO ORDERED.**